| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 3 | JONATHAN M. EISENBERG<br>Deputy Attorney General |
| 4 | State Bar No. 184162<br>  300 South Spring Street, Suite 1702 |
| 5 |   Los Angeles, CA  90013<br>  Telephone:  (213) 269-6246 |
| 6 |   Fax:  (916) 731-2124<br>  E-mail:  Jonathan.Eisenberg@doj.ca.gov |
| 7 | *Attorneys for Defendants Joseph Tippins; Karen M. Fischer, M.P.A.; Fran Burton, M.S.W.; Steven* |
| 8 | *Morrow, D.D.S., M.S.; Steven Chan, D.D.S.; Yvette Chappell-Ingram, M.P.A;, Ross Lai, D.D.S.; Lilian* |
| 9 | *Larin, D.D.S.; Huong Le, D.D.S., M.A.; Meredith McKenzie, Esq.; Abigail Medina, Rosalinda* |
| 10 | *Olague, R.D.A., B.A.; Joanne Pacheco, R.D.H., M.A.O.B.; Thomas Stewart, D.D.S.; Bruce L.* |
| 11 | *Whitcher, D.D.S.; and James Yu, D.D.S., M.S.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION (FIRST STREET COURTHOUSE)

| | | |
|---|---|---|
| 16 | JEFFREY SULITZER, D.M.D., AN INDIVIDUAL; JEFFREY SULITZER, D.M.D., A CALIFORNIA PROFESSIONAL CORPORATION; AND SMILEDIRECTCLUB, LLC, A TENNESSEE LIMITED LIABILITY COMPANY, | Case No. CV 19-08902-GW-MAA |
| 17 | | **NOTICE OF MOTION TO DISMISS COMPLAINT (FED. R. CIV. P. 12(B)(6)** |
| 18 | | |
| 19 | | Date:       July 9, 2020 |
| 20 | | Time:       8:30 a.m.<br>Courtroom:  9D (9th Flr.) |
|    | Plaintiffs, | Judge:      Hon. George H. Wu |
| 21 | v. | Trial Date: Not Set Yet<br>Action Filed: October 16, 2019 |
| 22 | | |
| 23 | JOSEPH TIPPINS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS AN INVESTIGATOR IN THE ENFORCEMENT UNIT OF THE DENTAL BOARD OF CALIFORNIA; KAREN M. FISCHER, M.P.A., INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR FOR THE DENTAL BOARD OF CALIFORNIA; AND FRAN BURTON, M.S.W.; STEVEN MORROW, D.D.S., M.S.; STEVEN CHAN, | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | D.D.S.; YVETTE CHAPPELL-INGRAM, M.P.A.; ROSS LAI, D.D.S.; LILIAN LARIN, D.D.S.; HUONG LE, D.D.S., M.A.; MEREDITH McKENZIE, ESQ.; ABIGAIL MEDINA; ROSALINDA OLAGUE, R.D.A., B.A.; JOANNE PACHECO, R.D.H., M.A.O.B.; THOMAS STEWART, D.D.S.; BRUCE L. WHITCHER, D.D.S.; AND JAMES YU, D.D.S., M.S., EACH INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS OFFICERS AND/OR MEMBERS OF THE DENTAL BOARD OF CALIFORNIA; AND DOES 1-10, INCLUSIVE; |
| | Defendants. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take NOTICE that, at 8:30 a.m., or as soon thereafter as the matter may be heard, on July 9, 2020, before the Hon. George H. Wu, U.S. District Judge, in Courtroom 9D (9th Floor) of the U.S. Courthouse at 350 West 1st St., Los Angeles, CA 90012 (or, potentially, by telephonic hearing, as may be needed because of the COVID-19 pandemic), Defendants Joseph Tippins; Karen M. Fischer, M.P.A.; Fran Burton, M.S.W.; Steven Morrow, D.D.S., M.S.; Steven Chan D.D.S.; Yvette Chappell-Ingram, M.P.A.; Ross Lai, D.D.S.; Lilian Larin, D.D.S.; Huong Le, D.D.S., M.A.; Meredith McKenzie, Esq.; Abigail Medina, Rosalinda Olague, R.D.A., B.A.; Joanne Pacheco, R.D.H., M.A.O.B.; Thomas Stewart, D.D.S.; Bruce L. Whitcher, D.D.S.; and James Yu, D.D.S., M.S., will and hereby do move the Court, under Federal Rule of Civil Procedure 12(b)(6), to dismiss the May 18, 2020, "First Amended Complaint for Damages and Injunctive Relief [Etc.]," and each of the causes of action therein, alleged by Plaintiffs Jeffrey Sulitzer, D.M.D.; Jeffrey Sulitzer, D.M.D., P.C.; and SmileDirectClub, LLC, for failure to state a claim upon which relief can be granted.

The motion is brought on the following grounds:

(1) Plaintiffs have failed to plead with requisite specificity a combination in restraint of trade, for the first cause of action, for violation of the Sherman Act;

(2) Defendants have absolute prosecutor-judicial immunity, qualified immunity, and *Ex Parte Young* immunity for the two federal constitutional causes of action, the second and third causes of action;

(3) Plaintiffs have failed to plead that Defendants have enforced or attempted to enforce a California law that unlawfully discriminates, in cause or effect, against interstate commerce, for the second cause of action, for violation of the U.S. Constitution's Dormant Commerce Clause;

(4) Plaintiffs have failed to allege how Defendants infringed a substantive right of Plaintiffs, without due process of law, for the third cause of action, for violation of Fourteenth Amendment substantive due process;

(5) Defendants have *Pennhurst* immunity and multiple types of California statutory immunity to the fourth cause of action, for violation of California's Unfair-Competition Law; and

(6) Plaintiffs have failed to plead a viable claim of unlawful, unfair, or fraudulent business competition by Defendants, under California's Unfair-Competition Law.

This motion is based on this notice of motion, the accompanying memorandum in support of the motion, the accompanying request for judicial notice, the other pleadings on file in this case, the anticipated reply brief for this motion, and the arguments and evidence anticipated to be presented at the oral hearing of this motion.

This motion is made following a Local Rule 7-3 conference of counsel, which

//
//
//

1  took place by telephone on May 22, 2020, and was followed up with e-mail and
2  telephone communications through May 26, 2020.
3  Dated:  June 1, 2020               Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ Jonathan M. Eisenberg
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendants Joseph Tippins; Karen M. Fischer, M.P.A.; Fran Burton, M.S.W.; Steven Morrow, D.D.S., M.S.; Steven Chan, D.D.S.; Yvette Chappell-Ingram, M.P.A., Ross Lai, D.D.S.; Lilian Larin, D.D.S.; Huong Le, D.D.S., M.A.; Meredith McKenzie, Esq.; Abigail Medina, Rosalinda Olague, R.D.A., B.A.; Joanne Pacheco, R.D.H., M.A.O.B.; Thomas Stewart, D.D.S.; Bruce L. Whitcher, D.D.S.; and James Yu, D.D.S., M.S.*