XAVIER BECERRA
Attorney General of California
STEPAN A. HAYTAYAN
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6246
  Fax: (916) 731-2124
  E-mail: Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Defendants Joseph Tippins; Karen M. Fischer, M.P.A.; Fran Burton, M.S.W.; Steven Morrow, D.D.S., M.S.; Steven Chan, D.D.S.; Yvette Chappell-Ingram, M.P.A;, Ross Lai, D.D.S.; Lilian Larin, D.D.S.; Huong Le, D.D.S., M.A.; Meredith McKenzie, Esq.; Abigail Medina, Rosalinda Olague, R.D.A., B.A.; Joanne Pacheco, R.D.H., M.A.O.B.; Thomas Stewart, D.D.S.; Bruce L. Whitcher, D.D.S.; and James Yu, D.D.S., M.S.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION (FIRST STREET COURTHOUSE)

| | |
|---|---|
| JEFFREY SULITZER, D.M.D., AN INDIVIDUAL; JEFFREY SULITZER, D.M.D., A CALIFORNIA PROFESSIONAL CORPORATION; AND SMILEDIRECTCLUB, LLC, A TENNESSEE LIMITED LIABILITY COMPANY,<br><br>                Plaintiffs,<br><br>v.<br><br>JOSEPH TIPPINS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS AN INVESTIGATOR IN THE ENFORCEMENT UNIT OF THE DENTAL BOARD OF CALIFORNIA; KAREN M. FISCHER, M.P.A., INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR FOR THE DENTAL BOARD OF CALIFORNIA; AND FRAN BURTON, M.S.W.; STEVEN MORROW, D.D.S., M.S.; STEVEN CHAN, | Case No. CV 19-08902-GW-MAA<br><br>**[PROPOSED] ORDER ON MOTION TO DISMISS FIRST AMENDED COMPLAINT (FED. R. CIV. P. 12(B)(6)**<br><br>Date:        July 9, 2020<br>Courtroom:  9D (9th Flr.)<br>Judge:      Hon. George H. Wu<br>Trial Date:  Not Set Yet<br>Action Filed: October 16, 2019 |

| | |
|---|---|
| 1 | D.D.S.; YVETTE CHAPPELL-INGRAM, M.P.A.; ROSS LAI, D.D.S.; LILIAN LARIN, D.D.S.; HUONG LE, D.D.S., M.A.; MEREDITH MCKENZIE, ESQ.; ABIGAIL MEDINA; ROSALINDA OLAGUE, R.D.A., B.A.; JOANNE PACHECO, R.D.H., M.A.O.B.; THOMAS STEWART, D.D.S.; BRUCE L. WHITCHER, D.D.S.; AND JAMES YU, D.D.S., M.S., EACH INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS OFFICERS AND/OR MEMBERS OF THE DENTAL BOARD OF CALIFORNIA; AND DOES 1-10, INCLUSIVE; |
| | Defendants. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On July 9, 2020, before this Court, in the person of the Hon. George H. Wu, U.S. District Judge, and in Courtroom 9D (9th Floor) of the U.S. Courthouse at 350 West 1st St., Los Angeles, CA 90012, Defendants Joseph Tippins; Karen M. Fischer, M.P.A.; Fran Burton, M.S.W.; Steven Morrow, D.D.S., M.S.; Steven Chan D.D.S.; Yvette Chappell-Ingram, M.P.A.; Ross Lai, D.D.S.; Lilian Larin, D.D.S.; Huong Le, D.D.S., M.A.; Meredith McKenzie, Esq.; Abigail Medina, Rosalinda Olague, R.D.A., B.A.; Joanne Pacheco, R.D.H., M.A.O.B.; Thomas Stewart, D.D.S.; Bruce L. Whitcher, D.D.S.; and James Yu, D.D.S., M.S., moved the Court, under Federal Rule of Civil Procedure 12(b)(6), to dismiss the May 18, 2020, "First Amended Complaint for Damages and Injunctive Relief [Etc.]," and each of the causes of action therein, alleged by Plaintiffs Jeffrey Sulitzer, D.M.D.; Jeffrey Sulitzer, D.M.D., P.C.; and SmileDirectClub, LLC, for failure to state a claim upon which relief can be granted.

The oral hearing on the motion was preceded by the filing herein of motion papers, opposition papers, and reply papers.

Having received, read, and reviewed the motion papers, the opposition papers, the reply papers, and other filings in this case, and having heard the oral arguments of opposing counsel, the Court hereby ORDERS as follows:

1. Plaintiffs' first cause of action fails to state a claim upon which relief lawfully can be granted.

2. Defendants have absolute prosecutor-judicial immunity to Plaintiffs' second cause of action, for violation of the U.S. Constitution's Dormant Commerce Clause.

3. Plaintiffs' second cause of action fails to state a claim upon which relief lawfully can be granted.

4. Defendants have absolute prosecutor-judicial immunity to Plaintiffs' fourth cause of action, for violation of the U.S. Constitution's Due Process Clause.

5. Plaintiffs' third cause of action fails to state a claim upon which relief lawfully can be granted.

6. Defendants have Eleventh Amendment immunity to Plaintiffs' fourth cause of action, for violation of California's Unfair Competition Law.

7. Defendants have California statutory immunity to Plaintiffs' fourth cause of action, for violation of California's Unfair Competition Law.

8. Plaintiffs' fourth cause of action fails to state a claim upon which relief lawfully can be granted.

9. In sum, Plaintiffs have failed to state against Defendants any cause of action from which Defendants are <u>not</u> immune. Also, Plaintiffs have failed to state against Defendants any claim upon which relief lawfully can be granted.

10. The deficiencies in Plaintiffs' complaint herein cannot be corrected by amendment.

11. Plaintiffs' complaint, in full, and case, in full, are dismissed with prejudice.

```
 1          It is so ORDERED.
 2
 3
 4     Dated: July ___, 2020              _____
 5                                                U.S. District Judge
```

