**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-8902-GW-MAAx | Date | July 16, 2020 |
|---|---|---|---|
| Title | *Jeffrey Sulitzer, D.M.D, et al. v. Joseph Tippins, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - RULING ON DEFENDANTS' MOTION TO DISMISS COMPLAINT [44]**

The Court adopts its tentative ruling as to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (*see* Docket Nos. 47) along with its prior rulings on Defendants' Motion to Dismiss the Complaint (*see* Docket Nos. 30, 42) as its final decision on the pending motion to dismiss. Therefore, Plaintiffs' three causes of action based on federal law – *i.e.* (1) violation of the Sherman Antitrust Act, (2) violation of the Dormant Commerce Clause, and (3) violation of the Substantive Due Process – are dismissed without leave to amend. Pursuant to 28 U.S.C. § 1367(c)(3), the court declines to exercise supplement jurisdiction over Plaintiffs' remaining state law claim for violation of California's Unfair Competition Law.

| | : |
|---|---|
| Initials of Preparer | JG |