# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Central District of California Western Division

U.S. District Court case number: 2:19-CV-08902 GW (MAAX)

Date case was first filed in U.S. District Court: 10/16/2019

Date of judgment or order you are appealing: 07/16/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jeffrey Sulitzer, D.M.D.; Jeffrey Sulitzer, D.M.D., P.C.; and SmileDirectClub, LLC

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

555 South Flower Street

Suite 3300

City: Los Angeles   State: CA   Zip Code: 90071-2418

Prisoner Inmate or A Number (if applicable):

**Signature** /s Byron McLain   **Date** July 17, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                    Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Jeffrey Sulitzer, D.M.D.; Jeffrey Sulitzer, D.M.D., a Professional Corporation; and SmileDirectClub, LLC

Name(s) of counsel (if any):

> BYRON J. McLAIN, CA Bar No. 257191; JAMES D. DASSO (lead counsel)

Address: 555 South Flower Street, Suite 3300, Los Angeles, CA 90071-2418

Telephone number(s): 213.972.4500

Email(s): bmclain@foley.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Joseph Tippins, Karen M. Fischer, M.P.A., Fran Burton, M.S.W., Steven Morrow, D.D.S., M.S., Steven Chan, D.D.S., Yvette Chappell-Ingram, M.P.A., Ross Lai, D.D.S., Lilian Larin, D.D.S., Huong Le, D.D.S., M.A., Meredith McKenzie, Esq.

Name(s) of counsel (if any):

> Jonathan Michael Eisenberg
> Office of the California Attorney General
> Government Law Section

Address: 300 South Spring Street, Suite 1702, Los Angeles, CA 90013

Telephone number(s): 213-269-6246

Email(s): jonathan.eisenberg@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

| Abigail Medina, Rosalinda Olague, RDA, B.A., Joanne Pacheco RDH, M.A.O.B., Thomas Stewart, D.D.S., Bruce L. Whitcher, D.D.S., and James Yu, D.D.S., M.S. |

Name(s) of counsel (if any):

| Jonathan Michael Eisenberg; Office of the California Attorney General; Government Law Section |

Address: 300 South Spring Street, Suite 1702, Los Angeles, CA 90013

Telephone number(s): 213-269-6246

Email(s): jonathan.eisenberg@doj.ca.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                        2                              New 12/01/2018