```
                UNITED STATES DISTRICT COURT

       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

                   HONORABLE GEORGE WU

           UNITED STATES DISTRICT JUDGE PRESIDING

                         - - -


Jeffrey Sulitzer, D.M.D., et al., )
                      PLAINTIFF,  )
                                  )
VS.                               )   NO. CV 19-8902 GW
                                  )
Joseph Tippins, et al.,           )
                       DEFENDANT, )
_____)




            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                  LOS ANGELES, CALIFORNIA

                   THURSDAY, JULY 9, 2020




            _____

               KATIE E. THIBODEAUX, CSR 9858
               U.S. Official Court Reporter
                        Suite 4311
                   350 West 1st Street
                  Los Angeles, CA  90012
```

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR PLAINTIFF:
 4   James D Dasso
 5   Foley and Lardner LLP
 6   321 North Clark Street
 7   Suite 2800
 8   Chicago, IL 60654-5313
 9
10   FOR DEFENDANT:
11   Jonathan Michael Eisenberg
12   Office of the California Attorney General
13   Government Law Section
14   300 South Spring Street
15   Suite 1702
16   Los Angeles, CA 90013
17
18
19
20
21
22
23
24
25
```

```
 1            LOS ANGELES, CALIFORNIA; THURSDAY, JULY 9, 2020
 2                              9:06 A.M.
 3                              - - - - -
 4
 5
 6         (The following proceedings were held via
 7          teleconference:)
 8         THE COURT:  All right.  Let me call the matter of
 9  Sulitzer versus Tippins.
10             For the plaintiff, we have?
11         MR. DASSO:  Jim Dasso on the line, your Honor.
12         THE COURT:  All right.
13         MR. EISENBERG:  And Jonathan Eisenberg for the
14  defense.
15         THE COURT:  All right.  We are here on a motion to
16  dismiss.  I issued a tentative on this.  I presume both
17  sides have seen it?
18         MR. DASSO:  Correct, your Honor.
19         MR. EISENBERG:  Yes.  I have seen it as well.
20         THE COURT:  All right.  Somebody want to argue
21  something?
22         MR. DASSO:  Your Honor, Jim Dasso.
23             I would like to make -- I am not going to
24  argue things I have already argued, but I would like to
25  make one point on one issue of the antitrust.
```

```
 1            THE COURT:  Okay.  All right.
 2            MR. DASSO:  Your Honor, I'm sorry.  I didn't mean
 3   to interrupt.
 4            THE COURT:  I was saying all right for you to go
 5   ahead.
 6            MR. DASSO:  Okay.  Specifically, your Honor, I am
 7   referring to the court's discussion of North Carolina
 8   State Dental Board on page 3 of the court's tentative
 9   opinion.
10            We obviously believe that North Carolina State
11   Dental Board was not only decided on the Fourth Circuit,
12   but it was also affirmed by the Supreme Court and
13   affirmed in such a way that if the distinction the court
14   was drawing was appropriate, and that is that this is a
15   regulatory action idea that breached the antitrust that
16   the Court of Appeals would have addressed it in its
17   decision as well.
18            So, therefore, we believe that while the
19   specific discussion of agreement was something that was
20   done at the appellate court level that it was inclusively
21   affirmed at the Supreme Court level and is controlling.
22            Even assuming that that is not true, we would
23   like to address the court's distinction of that case
24   which I believe has not been raised in any of the
25   briefing before, and we would like to make our record of
```

```
 1    that.
 2              Four points.  The third point is that I don't
 3    think there was anything in our reading of the appellate
 4    court decision, the Fourth Circuit's decision that
 5    indicated that this idea of the entire market was a
 6    controlling factor in the Fourth Circuit's decision.
 7              I don't think that that was the significance
 8    of it.  Particularly, we have a company here such as SDC
 9    which obviously has a substantial market.  I don't
10    believe that there is a distinction that is appropriate.
11              Second, your Honor, obviously, we point out to
12    the court that this is a fundamentally different
13    situation from the North Carolina State Dental Board
14    case.  The North Carolina State Dental Board case was
15    after a full trial and appeal.  Here, we are at the
16    pleading stage.  So, frankly, we don't know if there was
17    others in the market or if they were treated in the same
18    way as the dental board here.  So I think, at the
19    pleading stage, it is inappropriate to distinguish North
20    Carolina State Dental Board on that reason.
21              Third point, your Honor we believe that even
22    if there is a requirement that the entire market be
23    addressed in the dental board's activity, we believe that
24    there is substantial allegations in the complaint that
25    show that essentially SDC at the time was in the market.
```

```
 1   SDC was the pioneer in this particular area.  It was
 2   developing an entirely new way to go to market.
 3            That new way it was developing was what
 4   actually was bringing this competition that generated the
 5   dental board's reaction as a result.  And, specifically,
 6   I point to paragraphs 4, 5 and 34 of the complaint that
 7   is containing allegations that leave an inference which
 8   at this stage that at least a substantial portion of the
 9   dental market was implicated that North Carolina State
10   Dental Board applies.
11            And final point, your Honor, is that to the
12   extent that the court intends to continue with this
13   distinction, we would like to make an offer of proof for
14   a proposed amended complaint just to make sure that we
15   have put in the facts that we can on this issue so that
16   we develop our record on appeal.  Not to belabor this,
17   but I did want to make those points for the record on
18   appeal.  And I think we do believe that the North
19   Carolina State Dental Board decision is controlling with
20   respect to the antitrust law.
21         THE COURT:  All right.  Let me hear from the
22   defense.  What is your response to that points?
23         MR. EISENBERG:  Well, we disagree that the North
24   Carolina decision stands for what the plaintiff is saying
25   the case stands for much less that it is controlling in
```

1    this situation.
2         I think that the facts of the North Carolina
3    Dental Board case are radically different in terms of the
4    actions taken by the Dental Board. There was a whole
5    campaign actively shutting this whole sector of the
6    market out for anybody who is not a dentist.
7         In terms of what happened in California, the
8    idea that there is this large market and SDC is the
9    creator of the market and, now, there are all these other
10   participants is not something that is in the complaint,
11   and it also wouldn't be suggested by what is in the
12   complaint.
13        According to the complaint, SDC just entered
14   the market in March of 2017 and was almost immediately
15   made subject to an investigation. That is what is
16   pleaded. So they would have to change their pleadings to
17   indicate that the market had developed with other
18   participants. They would be having to contradict what
19   they have already pleaded. So I don't see why the court
20   would want to give them the chance to make an offer of
21   proof in that respect.
22        THE COURT: All right. Anything else? From
23   defense?
24        MR. EISENBERG: Nothing else from me, your Honor.
25        THE COURT: Okay. All right. I will take another

```
 1   look at the North Carolina matter, and anything else
 2   either side wants to argue on this?
 3         MR. DASSO:  Not from our side, your Honor.
 4         THE COURT:  All right.  I will take the matter
 5   under submission, and, hopefully, I will get something
 6   out either by the end of this week or early next week.
 7            Thank you very much, gentlemen.  Have a very
 8   nice day.
 9         MR. DASSO:  Thank you, your Honor.
10         (Proceedings concluded.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                         CERTIFICATE
 2
 3
 4   I hereby certify that pursuant to Section 753, Title 28,
 5   United States Code, the foregoing is a true and correct
 6   transcript of the stenographically reported proceedings held
 7   in the above-entitled matter and that the transcript page
 8   format is in conformance with the regulations of the
 9   Judicial Conference of the United States.
10   Date:  July 31, 2020
11
12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR
13
14
15
16
17
18
19
20
21
22
23
24
25
```

 MR. DASSO: [7]
 MR. EISENBERG: [4]  3/12
  3/18 6/22 7/23
 THE COURT: [10]

## /

**/s [1]**  9/12

## 1

**1702 [1]**  2/15
**19-8902 [1]**  1/8
**1st [1]**  1/20

## 2

**2017 [1]**  7/14
**2020 [3]**  1/15 3/1 9/10
**28 [1]**  9/4
**2800 [1]**  2/7

## 3

**300 [1]**  2/14
**31 [1]**  9/10
**321 [1]**  2/6
**34 [1]**  6/6
**350 [1]**  1/20

## 4

**4311 [1]**  1/20

## 5

**5313 [1]**  2/8

## 6

**60654-5313 [1]**  2/8

## 7

**753 [1]**  9/4

## 8

**8902 [1]**  1/8

## 9

**90012 [1]**  1/21
**90013 [1]**  2/16
**9858 [2]**  1/19 9/12
**9:06 [1]**  3/2

## A

**A.M [1]**  3/2
**above [1]**  9/7
**above-entitled [1]**  9/7
**According [1]**  7/13
**action [1]**  4/15
**actions [1]**  7/4
**actively [1]**  7/5
**activity [1]**  5/23
**actually [1]**  6/4
**address [1]**  4/23
**addressed [2]**  4/16 5/23
**affirmed [3]**  4/12 4/13 4/21
**after [1]**  5/15
**agreement [1]**  4/19
**ahead [1]**  4/5
**al [2]**  1/6 1/9
**all [11]**
**allegations [2]**  5/24 6/7
**almost [1]**  7/14
**already [2]**  3/24 7/19
**also [2]**  4/12 7/11
**am [2]**  3/23 4/6
**amended [1]**  6/14
**ANGELES [4]**  1/14 1/21 2/16
  3/1
**another [1]**  7/25
**antitrust [3]**  3/25 4/15 6/20
**any [1]**  4/24
**anybody [1]**  7/6

**anything [3]**  5/3 7/22 8/1
**appeal [3]**  5/19 6/31 7/20
**Appeals [1]**  4/16
**APPEARANCES [1]**  2/1
**appellate [2]**  4/20 5/3
**applies [1]**  6/10
**appropriate [2]**  4/14 5/10
**are [4]**  3/15 5/15 7/3 7/9
**area [1]**  6/1
**argue [3]**  3/20 3/24 8/2
**argued [1]**  3/24
**as [5]**
**assuming [1]**  4/22
**Attorney [1]**  2/12

## B

**be [3]**  5/22 7/11 7/18
**been [1]**  4/24
**before [1]**  4/25
**belabor [1]**  6/16
**believe [7]**
**board [10]**
**board's [2]**  5/23 6/5
**both [1]**  3/16
**breached [1]**  4/15
**briefing [1]**  4/25
**bringing [1]**  6/4

## C

**CA [2]**  1/21 2/16
**CALIFORNIA [5]**
**call [1]**  3/8
**campaign [1]**  7/5
**can [1]**  6/15
**Carolina [10]**
**case [5]**
**CENTRAL [1]**  1/2
**CERTIFICATE [1]**  9/1
**certify [1]**  9/4
**chance [1]**  7/20
**change [1]**  7/16
**Chicago [1]**  2/8
**Circuit [1]**  4/11
**Circuit's [2]**  5/4 5/6
**Clark [1]**  2/6
**Code [1]**  9/5
**company [1]**  5/8
**competition [1]**  6/4
**complaint [6]**
**concluded [1]**  8/10
**Conference [1]**  9/9
**conformance [1]**  9/8
**containing [1]**  6/7
**continue [1]**  6/12
**contradict [1]**  7/18
**controlling [4]**  4/21 5/6
  6/19 6/25
**correct [2]**  3/18 9/5
**COUNSEL [1]**  2/1
**court [11]**
**court's [3]**  4/7 4/8 4/23
**creator [1]**  7/9
**CRR [1]**  9/12
**CSR [2]**  1/19 9/12
**CV [1]**  1/8

## D

**D.M.D [1]**  1/6
**Dasso [3]**  2/4 3/11 3/22
**Date [1]**  9/10
**day [1]**  8/8
**decided [1]**  4/11
**decision [6]**
**DEFENDANT [2]**  1/9 2/10
**defense [3]**  3/14 6/22 7/23
**dental [13]**
**dentist [1]**  7/6
**develop [1]**  6/16

**developed [1]**  7/17
**developing [2]**  6/2 6/3
**did [1]**  6/17
**didn't [1]**  4/2
**different [2]**  5/12 7/3
**disagree [1]**  6/23
**discussion [2]**  4/7 4/19
**dismiss [1]**  3/16
**distinction [4]**  4/13 4/23
  5/10 6/13
**distinguish [1]**  5/19
**DISTRICT [3]**  1/1 1/2 1/4
**DIVISION [1]**  1/2
**do [1]**  6/18
**don't [5]**
**done [1]**  4/20
**drawing [1]**  4/14

## E

**early [1]**  8/6
**Eisenberg [2]**  2/11 3/13
**either [2]**  8/2 8/6
**else [3]**  7/22 7/24 8/1
**end [1]**  8/6
**entered [1]**  7/13
**entire [2]**  5/5 5/22
**entirely [1]**  6/2
**entitled [1]**  9/7
**essentially [1]**  5/25
**et [2]**  1/6 1/9
**even [2]**  4/22 5/21
**extent [1]**  6/12

## F

**factor [1]**  5/6
**facts [2]**  6/15 7/2
**final [1]**  6/11
**Foley [1]**  2/5
**following [1]**  3/6
**foregoing [1]**  9/5
**format [1]**  9/8
**Four [1]**  5/2
**Fourth [3]**  4/11 5/4 5/6
**frankly [1]**  5/16
**full [1]**  5/15
**fundamentally [1]**  5/12

## G

**General [1]**  2/12
**generated [1]**  6/4
**gentlemen [1]**  8/7
**GEORGE [1]**  1/3
**get [1]**  8/5
**give [1]**  7/20
**go [2]**  4/4 6/2
**going [1]**  3/23
**Government [1]**  2/13
**GW [1]**  1/8

## H

**had [1]**  7/17
**happened [1]**  7/7
**has [2]**  4/24 5/9
**have [10]**
**having [1]**  7/18
**hear [1]**  6/21
**held [2]**  3/6 9/6
**here [4]**  3/15 5/8 5/15 5/18
**hereby [1]**  9/4
**Honor [11]**
**HONORABLE [1]**  1/3
**hopefully [1]**  8/5

## I

**I'm [1]**  4/2
**idea [3]**  4/15 5/5 7/8
**IL [1]**  2/8
**immediately [1]**  7/14

**I**
**implicated [1]**  6/9
**inappropriate [1]**  5/19
**inclusively [1]**  4/20
**indicate [1]**  7/17
**indicated [1]**  5/5
**inference [1]**  6/7
**intends [1]**  6/12
**interrupt [1]**  4/3
**investigation [1]**  7/15
**is [27]**
**issue [2]**  3/25 6/15
**issued [1]**  3/16
**it [11]**
**its [1]**  4/16

**J**
**James [1]**  2/4
**Jeffrey [1]**  1/6
**Jim [2]**  3/11 3/22
**Jonathan [2]**  2/11 3/13
**Joseph [1]**  1/9
**JUDGE [1]**  1/4
**Judicial [1]**  9/9
**JULY [3]**  1/15 3/1 9/10
**just [2]**  6/14 7/13

**K**
**KATIE [2]**  1/19 9/12
**know [1]**  5/16

**L**
**Lardner [1]**  2/5
**large [1]**  7/8
**law [2]**  2/13 6/20
**least [1]**  6/8
**leave [1]**  6/7
**less [1]**  6/25
**Let [2]**  3/8 6/21
**level [2]**  4/20 4/21
**like [5]**
**line [1]**  3/11
**LLP [1]**  2/5
**look [1]**  8/1
**LOS [4]**  1/14 1/21 2/16 3/1

**M**
**made [1]**  7/15
**make [7]**
**March [1]**  7/14
**market [12]**
**matter [4]**  3/8 8/1 8/4 9/7
**me [3]**  3/8 6/21 7/24
**mean [1]**  4/2
**Michael [1]**  2/11
**motion [1]**  3/15
**much [2]**  6/25 8/7

**N**
**new [2]**  6/2 6/3
**next [1]**  8/6
**nice [1]**  8/8
**NO [2]**  1/8 9/12
**North [11]**
**not [8]**
**Nothing [1]**  7/24
**now [1]**  7/9

**O**
**obviously [3]**  4/10 5/9 5/11
**offer [2]**  6/13 7/20
**Office [1]**  2/12
**Official [1]**  1/19
**Okay [3]**  4/1 4/6 7/25
**one [2]**  3/25 3/25
**only [1]**  4/11
**opinion [1]**  4/9
**other [2]**  7/9 7/17

**others [1]**  5/17
**out [1]**  4/25 5/3 6/3
**out [3]**  5/11 7/6 8/6

**P**
**page [2]**  4/8 9/7
**paragraphs [1]**  6/6
**participants [2]**  7/10 7/18
**particular [1]**  6/1
**Particularly [1]**  5/8
**pioneer [1]**  6/1
**plaintiff [4]**  1/7 2/3 3/10 6/24
**pleaded [2]**  7/16 7/19
**pleading [2]**  5/16 5/19
**pleadings [1]**  7/16
**point [6]**
**points [3]**  5/2 6/17 6/22
**portion [1]**  6/8
**PRESIDING [1]**  1/4
**presume [1]**  3/16
**proceedings [4]**  1/13 3/6 8/10 9/6
**proof [2]**  6/13 7/21
**proposed [1]**  6/14
**pursuant [1]**  9/4
**put [1]**  6/15

**R**
**radically [1]**  7/3
**raised [1]**  4/24
**reaction [1]**  6/5
**reading [1]**  5/3
**reason [1]**  5/20
**record [3]**  4/25 6/16 6/17
**referring [1]**  4/7
**regulations [1]**  9/8
**regulatory [1]**  4/15
**reported [1]**  9/6
**Reporter [1]**  1/19
**REPORTER'S [1]**  1/13
**requirement [1]**  5/22
**respect [2]**  6/20 7/21
**response [1]**  6/22
**result [1]**  6/5
**right [10]**
**RPR [1]**  9/12

**S**
**same [1]**  5/17
**saying [2]**  4/4 6/24
**SDC [5]**
**Second [1]**  5/11
**Section [2]**  2/13 9/4
**sector [1]**  7/5
**see [1]**  7/19
**seen [2]**  3/17 3/19
**show [1]**  5/25
**shutting [1]**  7/5
**side [2]**  8/2 8/3
**sides [1]**  3/17
**significance [1]**  5/7
**situation [2]**  5/13 7/1
**so [6]**
**Somebody [1]**  3/20
**something [4]**  3/21 4/19 7/10 8/5
**sorry [1]**  4/2
**South [1]**  2/14
**specific [1]**  4/19
**specifically [2]**  4/6 6/5
**Spring [1]**  2/14
**stage [3]**  5/16 5/19 6/8
**stands [2]**  6/24 6/25
**State [7]**
**STATES [4]**  1/1 1/4 9/5 9/9
**stenographically [1]**  9/6
**Street [3]**  1/20 2/6 2/14

**subject [1]**  7/15
**submission [1]**  8/5
**substantial [3]**  5/9 5/24 6/8
**such [2]**  4/13 5/8
**suggested [1]**  7/11
**Suite [3]**  1/20 2/7 2/15
**Sulitzer [2]**  1/6 3/9
**Supreme [2]**  4/12 4/21
**sure [1]**  6/14

**T**
**take [2]**  7/25 8/4
**taken [1]**  7/4
**teleconference [1]**  3/7
**tentative [2]**  3/16 4/8
**terms [2]**  7/3 7/7
**Thank [2]**  8/7 8/9
**that [50]**
**their [1]**  7/16
**them [1]**  7/20
**there [8]**
**therefore [1]**  4/18
**these [1]**  7/9
**they [4]**  5/17 7/16 7/18 7/19
**THIBODEAUX [2]**  1/19 9/12
**things [1]**  3/24
**think [5]**
**third [2]**  5/2 5/21
**this [15]**
**those [1]**  6/17
**THURSDAY [2]**  1/15 3/1
**time [1]**  5/25
**Tippins [2]**  1/9 3/9
**Title [1]**  9/4
**transcript [3]**  1/13 9/6 9/7
**treated [1]**  5/17
**trial [1]**  5/15
**true [2]**  4/22 9/5

**U**
**U.S [1]**  1/19
**under [1]**  8/5
**UNITED [4]**  1/1 1/4 9/5 9/9

**V**
**versus [1]**  3/9
**very [2]**  8/7 8/7
**via [1]**  3/6

**W**
**want [3]**  3/20 6/17 7/20
**wants [1]**  8/2
**was [22]**
**way [4]**  4/13 5/18 6/2 6/3
**we [18]**
**week [2]**  8/6 8/6
**well [3]**  3/19 4/17 6/23
**were [2]**  3/6 5/17
**West [1]**  1/20
**WESTERN [1]**  1/2
**what [7]**
**which [3]**  4/24 5/9 6/7
**while [1]**  4/18
**who [1]**  7/6
**whole [2]**  7/4 7/5
**why [1]**  7/19
**will [3]**  7/25 8/4 8/5
**would [9]**
**wouldn't [1]**  7/11
**WU [1]**  1/3

**Y**
**Yes [1]**  3/19
**you [3]**  4/4 8/7 8/9
**your [12]**