JAMES D. DASSO, *admitted pro hac vice*
  jdasso@foley.com
LAUREN M. LOEW, *admitted pro hac vice*
  lloew@foley.com
SAMANTHA SADDLER, *admitted pro hac vice*
  ssaddler@foley.com
**FOLEY & LARDNER LLP**
321 North Clark Street, Ste. 3000
Chicago, IL  60654
TELEPHONE:  312-832-4500
FACSIMILE:   312-832-4700

KENDALL E. WATERS, CA Bar No. 329963
  kwaters@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

*Attorneys for Plaintiffs Jeffrey Sulitzer, D.M.D.; Jeffrey Sulitzer, D.M.D., P.C.; and SmileDirectClub, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY SULITZER, D.M.D., an individual; JEFFREY SULITZER, D.M.D., a California Professional Corporation; and SMILEDIRECTCLUB, LLC.; a Tennessee limited liability company, <br><br>               Plaintiffs, <br><br>       vs. <br><br> JOSEPH TIPPINS, individually and in his official capacity as an Investigator in the Enforcement Unit of the Dental Board of California; KAREN M. FISCHER, M.P.A., individually and in her official capacity as Executive Director for the Dental Board of California; et al., <br><br>               Defendants. | Case No. 2:19-CV-08902 GW (MAAX) <br><br> **JOINT STIPULATION TO DISMISS CASE** <br><br> Judge:    Hon. George H. Wu <br><br> Compl. Filed:    October 16, 2019 <br> FAC Filed:       May 18, 2020 |

Plaintiffs Jeffrey Sulitzer, D.M.D., Jeffrey Sulitzer, D.M.D., P.C., and SmileDirectClub, LLC (together, "SDC Plaintiffs") and Defendants Joseph Tippins, Karen M. Fischer, M.P.A., Fran Burton, M.S.W., Steven Morrow, D.D.S., M.S., Steven Chan, D.D.S., Ross Lai, D.D.S., Lilia Larin, D.D.S., Huong Le, D.D.S., M.A., Thomas Stewart, D.D.S., Bruce Whitcher, D.D.S., and James Yu, D.D.S., M.S., each individually and in his or her official capacity (together, "Defendants") (and together with the SDC Plaintiffs, the "Parties"), by and through their respective counsel of record hereby, stipulate as follows:

## RECITALS

WHEREAS, on October 16, 2019, the SDC Plaintiffs filed the above-captioned action in the United States District Court, Central District of California (ECF No. 1) (the "Action");

WHEREAS, on May 18, 2020, the SDC Plaintiffs filed their First Amended Complaint (the "FAC") after the Court granted Defendants' motion to dismiss with leave to amend (ECF Nos. 16, 42, 43);

WHEREAS, the Parties agree that this Action be dismissed without prejudice;

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Civil Local Rules 40-2 and 41-2, SDC Plaintiffs and Defendants hereby notify the Court that the Parties have settled their dispute and stipulate that this Action and all claims and defenses asserted therein be dismissed without prejudice, and that each party shall bear its, his, or her own costs, expenses, and attorneys' fees.

///
///
///
///
///

|   |   |   |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | | |
| 3 | DATED: June 15, 2023 | **FOLEY & LARDNER LLP**<br>JAMES D. DASSO<br>LAUREN M. LOEW<br>KENDALL E. WATERS<br>SAMANTHA SADDLER |

IT IS SO STIPULATED.

DATED: June 15, 2023

**FOLEY & LARDNER LLP**
JAMES D. DASSO
LAUREN M. LOEW
KENDALL E. WATERS
SAMANTHA SADDLER

*[signature]*
KENDALL E. WATERS

*Attorneys for Jeffrey Sulitzer, D.M.D.; Jeffrey Sulitzer, D.M.D., P.C.; and SmileDirectClub, LLC*

DATED: June 15, 2023

**SHARTSIS FRIESE LLP**
LARISA A. MEISENHEIMER
FELICIA A. DRAPER

*/s/ Felicia A. Draper*
LARISA A. MEISENHEIMER
FELICIA A. DRAPER

*Attorneys for Defendants Joseph Tippins; Karen M. Fischer, M.P.A.; Fran Burton, M.S.W.; Steven Morrow, D.D.S., M.S.; Steven Chan, D.D.S.; Ross Lai, D.D.S.; Lilia Larin, D.D.S.; Huong Le, D.D.S., M.A.; Thomas Stewart, D.D.S.; Bruce L. Whitcher, D.D.S.; and James Yu, D.D.S., M.S*

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED: June 15, 2023



KENDALL E. WATERS

*Attorneys for Jeffrey Sulitzer, D.M.D.; Jeffrey Sulitzer, D.M.D., P.C.; and SmileDirectClub, LLC*