JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY SULITZER, D.M.D., an individual; JEFFREY SULITZER, D.M.D., a California Professional Corporation; and SMILEDIRECTCLUB, LLC.; a Tennessee limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH TIPPINS, individually and in his official capacity as an Investigator in the Enforcement Unit of the Dental Board of California; KAREN M. FISCHER, M.P.A., individually and in her official capacity as Executive Director for the Dental Board of California; et al.,<br><br>Defendants. | Case No. CV 19-8902-GW-MAAx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**<br><br>Judge:   Hon. George H. Wu<br><br>Compl. Filed:   October 16, 2019<br>FAC Filed:   May 18, 2020 |

1       Having considered the Joint Stipulation to Dismiss Case (the "Stipulation"), by and between Plaintiffs Jeffrey Sulitzer, D.M.D., Jeffrey Sulitzer, D.M.D., P.C., and SmileDirectClub, LLC (together, "SDC Plaintiffs") and Defendants Joseph Tippins, Karen M. Fischer, M.P.A., Fran Burton, M.S.W., Steven Morrow, D.D.S., M.S., Steven Chan, D.D.S., Ross Lai, D.D.S., Lilia Larin, D.D.S., Huong Le, D.D.S., M.A., Thomas Stewart, D.D.S., Bruce Whitcher, D.D.S., and James Yu, D.D.S., M.S., each individually and in his or her official capacity (together, "Defendants") (and together with the SDC Plaintiffs, the "Parties"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved in its entirety;
2. The above-captioned action and all claims asserted therein is dismissed in its entirety without prejudice; and
3. Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED**

DATED: June 20, 2023

                                                _____
                                                HON. GEORGE H. WU,
                                                United States District Judge